UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>    Plaintiff,<br><br>    v.<br><br>P. SULLIVAN, et al.,<br><br>    Defendants. | Case No. 19-cv-00045-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff asserting his claims in a new complaint for which he pays the full filing fee at the time he files that action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 9, 2019

_____
SUSAN ILLSTON
United States District Judge